UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80294

RICHARD P. MATSCH  
SENIOR DISTRICT JUDGE

(303) 844-4627  
FAX (303) 335-2311

August 23, 2005

MEMORANDUM

TO: Greg Langham, Clerk

FROM: s/RPM  
Judge Matsch

RE: Civil Action No. 05-cv-01618-RPM  
Jones v. Helton, et al.

Exercising my prerogative as a senior judge, I request that this case be reassigned.

RPM/w