IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  05-cv-01618-PSF-OES

JOHNNIE JONES, and
VIRGINIA JONES,

      Plaintiffs,

v.

VIRGIL HELTON, and
R.K.X., INC.,

      Defendants.

---

## ORDER TO AMEND COMPLAINT AND CAPTION

---

In light of Defendant R.K.X., Inc.'s Suggest of Death (Dkt. # 12) as to Defendant

Virgil Helton, the complaint and caption shall be amended within 14 days to reflect that

said defendant is no longer a party to this action and whether his personal representa-

tive or executor is substituted as a party defendant.

      DATED: October 14, 2005

                      BY THE COURT:

                      s/ Phillip S. Figa

                      _____

                      Phillip S. Figa
                      United States District Judge