IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01618-PSF-MEH

JOHNNIE JONES and
VIRGINIA JONES,

      Plaintiffs,

vs.

R.K.X., INC.,

      Defendant.
_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2006.**

      Defendant's Motion to Compel Discovery Responses [Filed April 12, 2006; Docket #22] is **denied**, without prejudice, for failure to comply with D.C.COLO.LCivR 37.1.