IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01618-PSF-MEH

JOHNNIE JONES and
VIRGINIA JONES,

      Plaintiffs,

v.

R.K.X., INC.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      This matter coming before the Court on the parties' Stipulation for Dismissal with Prejudice (Dkt. # 40), and the Court having examined said Stipulation,

      IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to pay his, her or its own fees and costs.

      DATED: August 29, 2006

                       BY THE COURT:


                       *s/ Phillip S. Figa*

                       _____
                       Phillip S. Figa
                       United States District Judge